IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. |
| v. | |
| JAVIER DOMINIQUE SUTTLES | 3-23CR0246-K |

## INDICTMENT

The Grand Jury charges:

### Count One
Interference with Commerce by Robbery
(Violation of 18 U.S.C. § 1951(a))

On or about May 25, 2023, in the Dallas Division of the Northern District of Texas, the defendant, **Javier Dominique Suttles**, did unlawfully obstruct, delay, and affect commerce, as that term is defined in 18 U.S.C. § 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in 18 U.S.C. § 1951, in that the defendant did unlawfully take and obtain personal property, consisting of United States currency and cellular telephones, from the person and in the presence of an employee of Metro by T-Mobile, located at 3012 Inwood Road, Dallas, Texas, in her capacity as an employee of said Metro by T-Mobile, against her will by means of actual and threatened force, violence, and fear of immediate injury to her person, that is, by using and brandishing a firearm.

In violation of 18 U.S.C. § 1951(a).

<u>Count Two</u>
Using, Carrying, and Brandishing a Firearm
During and in Relation to a Crime of Violence
(Violation of 18 U.S.C. § 924(c)(1)(A)(ii))

On or about May 25, 2023, in the Dallas Division of the Northern District of Texas, the defendant, **Javier Dominique Suttles**, did knowingly use, carry, and brandish a firearm to wit: a Ruger, Model LCP, .380 caliber pistol, bearing serial number 372-94023, during and in relation to a crime of violence, namely, interference with commerce by robbery, in violation of 18 U.S.C. § 1951(a), as alleged in Count One of this indictment, for which the defendant may be prosecuted in a court of the United States.

In violation of 18 U.S.C. § 924(c)(1)(A)(ii).

<u>Forfeiture Notice</u><br>
(18 U.S.C. §§ 924(d) and 981(a)(1)(C); 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of the indictment and pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), the defendant, **Javier Dominique Suttles**, shall forfeit to the United States of America any property, real or personal, constituting or derived from proceeds traceable to the respective offense.

Upon conviction for any offense alleged in Counts One and Two of the indictment and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant shall forfeit to the United States of America all firearms and ammunition involved or used in the commission of the offenses.

This property includes, but is not limited to, the following:

1. a Ruger, Model LCP, .380 caliber pistol, bearing serial number 372-94023; and

2. any ammunition recovered with the above-referenced firearm.

A TRUE BILL:

_____
FOREPERSON


LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
ROBERT WITHERS
Assistant United States Attorney
Texas Bar No. 24072758
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8806
Email: Robert.Withers@usdoj.gov

Indictment—Page 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

JAVIER DOMINIQUE SUTTLES

INDICTMENT

18 U.S.C. § 1951(a)
Interference with Commerce by Robbery
(Count 1)

18 U.S.C. § 924(c)(1)(A)(ii)
Using, Carrying, and Brandishing a Firearm
During and in Relation to a Crime of Violence
(Count 2)

18 U.S.C. §§ 924(d) and 981(a)(1)(C); 28 U.S.C. § 2461(c)
Forfeiture Notice

2 Counts

A true bill rendered

_____
DALLAS                                                                                           FOREPERSON

Filed in open court this __21__ day of June, 2023.

-----------------------------------------------------------------------------------------------

**No Warrant Needed – In State Custody**

-----------------------------------------------------------------------------------------------

_____
UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number:  3:23-MJ-587-BH